UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JOHNSON,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DAVID KINNEY et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 20-cv-1354-CAB-MSB<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO ELECTRONICALLY FILE**<br><br>[Doc. No. 3] |

　　　On July 16, 2020, *pro se* Plaintiff Anthony Johnson filed a motion seeking leave to use electronic filing. [Doc. No. 3.] In order to be eligible for leave, Plaintiff "must file a motion and demonstrate the means to do so properly by stating their equipment and software capabilities in addition to agreeing to follow all rules and policies in the CM/ECF Administrative Policies and Procedures Manual." *See* ELECTRONIC CASE FILING ADMINISTRATIVE POLICIES & PROCEDURES MANUAL ("THE MANUAL") at 8, available at https://www.casd.uscourts.gov/cmecf.aspx#undefined2.

　　　Here, Plaintiff's motion states that he is familiar with, and consents to abide by, the requirements for e-filing. Plaintiff also attests that he has access to software and technology that would be required to file on the CM/ECF system. In light of Plaintiff's representations, the Court **GRANTS** Plaintiff leave to use electronic case filing. Plaintiff

1

1  "must register as a user with the Clerk's Office and as a subscriber to PACER within five
2  (5) days" of receiving notice of this Order.  See THE MANUAL at 8.

3  **It is SO ORDERED.**

4  Dated:  July 20, 2020

_____
Hon. Cathy Ann Bencivengo
United States District Judge