UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY JOHNSON, an individual,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>DAVID KINNEY, an individual; RICHARD TURNER, an individual; MANUEL ALTAMIRANO, an individual; DAVID HUFFMAN, an individual; DAVID SMILJKOVICH, an individual; PAUL TYRELL, an individual; SEAN SULLIVAN, an individual; MARTY READY, an individual; DAVID AVENI, an individual; MICHAEL MCCLOSKEY, an individual; STORIX, INC., a California corporation; JUDGE MARILYN HUFF, an individual; JUDGE RANDA TRAPP, an individual; JUDGE KEVIN ENRIGHT, an individual; and JUDGE KATHERINE BACAL, an individual,<br><br>　　　　　　　　　　　Defendants. | Case No.: 20-CV-1354 TWR (MSB)<br><br>**ORDER DENYING PLAINTIFF'S *EX PARTE* REQUEST FOR ORAL ARGUMENT**<br><br>(ECF No. 25) |

Presently before the Court is Plaintiff Anthony Johnson's Request for Oral Argument on Defendants' Motions to Dismiss ("*Ex Parte* Mot.," ECF No. 25). There is

1  no right to oral argument, *see Toquero v. I.N.S.*, 956 F.2d 193, 196 n.4 (9th Cir. 1992); *see also* Fed. R. Civ. P. 78(b); S.D. Cal. CivLR 7.1(d)(1); consequently, the Court **DENIES WITHOUT PREJUDICE** Plaintiff's *Ex Parte* Motion.  Should the Court determine at a later date that oral argument would be beneficial, the Court will set Defendant's Motions to Dismiss for a hearing.

**IT IS SO ORDERED.**

Dated:  September 28, 2020

Honorable Todd W. Robinson
United States District Court